UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No: 8:11-CR-115-T-30MAP

TODD S. FARHA, et al.,

    Defendants.
_____/

# ORDER

**THIS CAUSE** came on for consideration upon Wellcare Health Plans, Inc.'s Objections to the January 6, 2012 Order of the U. S. Magistrate Judge (Dkt. #137) and Todd Farha's Memorandum in Opposition (Dkt. #144) thereto. Upon review and consideration, it is

**ORDERED AND ADJUDGED**:

1. Wellcare Health Plans, Inc.'s Objections to the January 6, 2012 Order of the U. S. Magistrate Judge (Dkt. #137) are DENIED.

2. The Magistrate Judge's Order (Dkt. #130) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

3. Wellcare has made no showing that the interview notes and draft memoranda contain any information other than the statements of the witnesses being interviewed. To the extent that the notes and draft memoranda contain expressions of the attorney's mental

impressions or opinions, not already provided to third parties, those portions may be redacted.

**DONE** and **ORDERED** in Tampa, Florida on March 28, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

F:\Docs\2011\11-cr-115.object 137.wpd