UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          Case No: 8:11-CR-115-T-30MAP

TODD S. FARHA, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration on Defendants' Joint Motion to Suppress Recordings (Dkt. #197) and the Government's response (Dkt. #212) in opposition thereto. The recording of private consensual conversation is permissible. *United States v. White*, 401 U.S. 745 (1971). Defendants argue the recordings here were so extensive and indiscriminate that they were "unreasonable" and barred by the Fourth Amendment. The Court concludes the recordings were reasonable given the circumstances in this case. As the Government points out, had only limited individuals or conversations been recorded at the beginning, that would have given rise to criticism that the recordings were intended to avoid exculpatory information.

It is therefore ORDERED AND ADJUDGED that Defendants' Joint Motion to Suppress Recordings (Dkt. #197) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on August 9, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

F:\Docs\2011\11-cr-115.suppress 197.wpd