# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No: 8:11-CR-115-T-30MAP

TODD S. FARHA, et al.,

    Defendants.
_____/

# ORDER

THIS CAUSE is before the Court upon Defendants' Motion in Limine to Preclude the Government From Offering Evidence and Arguments Related to WellCare's Deferred Prosecution Agreement, Civil Settlements, Financial Restatements, and Conclusion Reached as a Result of WellCare's Internal Investigation (Dkt. #294) and the Government's Response (Dkt. #347) thereto. The Court having considered the arguments and being advised in the premises concludes that the motion should be granted in part.

Defendants seek an Order from this Court prohibiting the following from being admitted into evidence:

(1)    the deferred prosecution agreement entered into between WellCare Health Plans, Inc. ("WellCare"), the United States Attorney's Office for the Middle District of Florida, and the Florida Attorney General's Office, including the accompanying Information and Statement of Facts;

(2) the internal investigation conducted by law firms on WellCare's behalf as well as the conclusions purportedly reached by that investigation;

(3) Defendants' separation from WellCare;

(4) the civil settlements in prior litigation related to WellCare's submissions to Florida's Agency for Health Care Administration ("AHCA"), including (a) the settlement in the case captioned No. 8:07-cv-1952-VMC-MAP in the United States District Court for the Middle District of Florida (b) the *qui tam* settlement agreement entered into between the United States, WellCare, and four relators who previously instituted separate civil actions against WellCare, and c) WellCare's May 2009 settlement with the Securities and Exchange Commission ("SEC"); and

(5) financial statements that were "restated" by WellCare after it decided to cooperated with the government to avoid prosecution.

## **DISCUSSION**

(1) Deferred prosecution agreement: The Court grants Defendants' motion as to the deferred prosecution agreement entered into between WellCare and the Government. That agreement is similar in nature to a guilty plea entered by a co-defendant and is inadmissible.

(2) The internal investigation conducted by law firms on WellCare's behalf as well as the conclusions purportedly reached by that investigation: Granted as to "conclusions," but denied as to underlying facts.

(3) Defendants' separation from WellCare: Defendants' motion is granted in part in that the Government may not use this information without first approaching the bench. It appears that this information will be inadmissible during the Government's case in chief but may be admissible in cross-examination.

(4) WellCare's settlement agreements and *qui tam* settlement agreements involving the four relators who previously instituted separate civil actions against WellCare. As to the settlement agreements referred to in Defendants' motion, the Court grants the Motion in Limine in part in that the Government shall not introduce such evidence without first approaching the bench.

(5) Financial statements that were restated by WellCare: As to the restated financial statements, the Court grants the motion in part in that the Government shall not use the restated documents in its case in chief. This does not prohibit the Government from using any underlying facts used to support the restated documents. And this information may or may not become admissible during the course of trial.

It is therefore ORDERED AND ADJUDGED that Defendants' Motion in Limine to Preclude the Government From Offering Evidence and Arguments Related to WellCare's Deferred Prosecution Agreement, Civil Settlements, Financial Restatements, and Conclusion Reached as a Result of WellCare's Internal Investigation (Dkt. #294) is GRANTED in part as stated herein.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

F:\Docs\2011\11-cr-115.limine motion 294.wpd