UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No: 8:11-CR-115-T-30MAP

TODD S. FARHA, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon the United States' Motion in Limine to Exclude Certain Aspects of Proposed Expert Opinion Testimony of Mr. Brian Weible (Dkt. #348) and Defendant Bereday's Response (Dkt. #384) in opposition thereto. The Court has reviewed the summary of the opinions of Mr. Weible provided by counsel and concludes that the Government's motion should be denied in part and conditionally granted in part.

The Government's motion (Dkt. #348) is DENIED insofar as it relates to the items described in paragraphs One and Three of counsel's summary of testimony. The Government's motion (Dkt. #348) is GRANTED as to the remainder of the proposed testimony to the extent that Defendants shall not refer to these issues until permission is granted by the Court.

**DONE** and **ORDERED** in Tampa, Florida on January 14, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

F:\Docs\2011\11-cr-115 limine 348 Brian Weible.wpd