# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No: 8:11-CR-115-T-30MAP

TODD S. FARHA, et al.,

    Defendants.
_____/

# **ORDER**

THIS CAUSE is before the Court upon the United States' Motion in Limine to Exclude Certain Aspects of Proposed Expert Opinion Testimony of Dr. Henry Miller (Dkt. #349) and Defendant Behrens' Response (Dkt. #388) in opposition thereto. Attached to the Government's motion and as Exhibit 1 to Defendant Behrens' response is a document that purports to be a summary of Dr. Miller's testimony pursuant to Rule 16(1)(b)(C).

Rule of Criminal Procedure 16(1)(b)(C) on expert witnesses requires a defendant, upon request from the government, to provide the government "a written summary of any testimony that the defendant intends to use." That summary "must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications." The summary provided by the Defendant provides neither the opinions of the witness nor the reasons for the opinions.

It is therefore ORDERED AND ADJUDGED that:

1. The United States' Motion in Limine to Exclude Certain Aspects of Proposed Expert Opinion Testimony of Dr. Henry Miller (Dkt. #349) is GRANTED.

2. Dr. Henry Miller is stricken as a witness.

**DONE** and **ORDERED** in Tampa, Florida on January 15, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

F:\Docs\2011\11-cr-115 limine 349 miller.wpd