UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:11-cr-115-T-30MAP

TODD S. FARHA, et al.

## ORDER

THIS CAUSE comes before the Court upon the Defendants' Motion to Strike the Government's Rule 404(B) Evidence Regarding the Florida Health Kids Program (Dkt. #612). Upon review and consideration, the Court concludes the Motion should be denied.

Government witnesses Abrahams and Schnur testified the initial estimate from WellCare's actuarial department of a payback exceeding five million dollars was the correct calculation. Defendants place emphasis on their cross-examination of these witnesses, but neither changed his or her testimony. Abrahams testified that when she saw the $333,000 payback e-mail, she notified her superior of the wrong calculation before the check was sent to Florida Healthy Kids. Schnur testified that the previous calculation or calculations to estimate a reserve for the payback had been made on the same methodology as the five million dollar payback. Therefore, there is sufficient testimony before the jury from which it could conclude that WellCare knew the payback was wrong when submitted.

ORDERED AND ADJUDGED that:

1. Defendants' Motion to Strike the Government's Rule 404(B) Evidence Regarding the Florida Health Kids Program (Dkt. #612) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of April, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cr-115 motion to strike 612.docx