# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: __8:11-cr-115-JSM-MAP__

__Todd S. Farha, et al.__
**Defendant.**

_____/

## **DECLARATION OF INTENT TO APPEAL**

I, __Paul L. Behrens__, hereby declare that:

I do __X__ (check applicable box)

I do not _____

wish to file a direct appeal in the above styled case. I acknowledge that, if I fail to file this declaration within fourteen (14) days from my sentencing date, it shall be deemed by the Court to be an acknowledgment by the Defendant that his or her election not to appeal was an informed and voluntary choice.

If the Defendant has indicated that he or she does wish to file a direct appeal, the Defendant's counsel must file a notice of appeal within fourteen (14) days from the date that the judgment is entered, failing which the Defendant has waived his or her right to appeal.

I, __Paul L. Behrens__, have directed my attorney on __5/19/2014__ (indicate date) to file a notice of appeal.

Defendant's signature: _[signature]_

Date: __5/19/2014__

**Mail to:** United States District Court
Clerk's Office
801 N. Florida Avenue
Tampa, Florida 33602

Revised 1/28/2010