UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA        :
                                :
v.                              :       Case No.  8:11-CR-115-T-30MAP
                                :
TODD S. FARHA                   :

## SATISFACTION OF JUDGMENT

The special assessment and criminal fine imposed upon Defendant Todd S. Farha by the criminal judgment filed herein on May 19, 2014, in the above-entitled cause has been paid. The Clerk of the United States District Court for the Middle District of Florida is hereby authorized and empowered to record this satisfaction of judgment as it pertains to the special assessment and criminal fine ordered in this case.

Respectfully submitted,

A LEE BENTLEY, III
United States Attorney

By:     s/*Suzanne C. Nebesky*
        SUZANNE C. NEBESKY
        Assistant United States Attorney
        Florida Bar Number 59377
        Financial Litigation Unit/CLL
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) 274-6048
        Facsimile:   (813) 274-6247
        E-mail:      FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2014 , I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    Todd S. Farha
    Tampa, FL 33602

                                s/Suzanne C. Nebesky
                                Assistant United States Attorney