UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA          :
                                  :
v.                                :   Case No.  8:11-CR-115-T-30MAP
                                  :
PETER E. CLAY                     :

## SATISFACTION OF JUDGMENT

The special assessment and criminal fine imposed upon Defendant Peter E. Clay by the criminal judgment filed herein on May 19, 2014, in the above-entitled cause has been paid. The Clerk of the United States District Court for the Middle District of Florida is hereby authorized and empowered to record this satisfaction of judgment as it pertains to the special assessment and criminal fine ordered in this case.

Respectfully submitted,

A LEE BENTLEY, III
United States Attorney

By:   s/*Suzanne C. Nebesky*
      SUZANNE C. NEBESKY
      Assistant United States Attorney
      Florida Bar Number 59377
      Financial Litigation Unit/CLL
      400 North Tampa Street, Suite 3200
      Tampa, Florida 33602
      Telephone: (813) 274-6048
      Facsimile:   (813) 274-6247
      E-mail:       FLUDocket.mailbox@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2014 , I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    Peter E. Clay
    Wellesley, MA 02482

    s/Suzanne C. Nebesky
    Assistant United States Attorney