UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 8:11-CR-115-T-30MAP |
| | : | |
| TODD S. FARHA ET AL., | : | |
|     Defendants | : | |

## **PLAINTIFF UNITED STATES' NOTICE OF CROSS-APPEAL**

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Eleventh Circuit the judgments entered in this action on May 19, 2014, against defendants Farha, Behrens, and Kale, docs. 884, 887, and 890.

                                                      Respectfully submitted,

                                                      A. LEE BENTLEY, III
                                                     United States Attorney,

| | |
|---|---|
| *s/ Jay G. Trezevant* | *s/ Cherie L. Krigsman* |
| JAY G. TREZEVANT | CHERIE L. KRIGSMAN |
| Assistant United States Attorney | Assistant United States Attorney |
| Florida Bar No. 0802093 | Florida Bar No. 0048764 |
| 400 N. Tampa St., Suite 3200 | 400 N. Tampa St., Suite 3200 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Telephone:   (813) 274-6000 | Telephone:   (813) 274-6000 |
| Facsimile:    (813) 274-6103 | Facsimile:    (813) 274-6103 |
| E-mail: jay.trezevant@usdoj.gov | E-mail: cherie.krigsman@usdoj.gov |
| | |
| *s/ John J. Bowers* | *s/ John A. Michelich* |
| JOHN J. BOWERS | JOHN A. MICHELICH |
| Special Assistant U.S. Attorney | Senior Litigation Counsel |
| USA No. 145 | Illinois Bar No. 1903829 |
| 400 N. Tampa St., Suite 3200 | 950 Constitution Ave., Suite 4000 |
| Tampa, Florida 33602 | Washington, D.C. 20530 |
| Telephone:   (813) 274-6000 | Telephone:   (202) 514-0931 |
| Facsimile:    (813) 274-6103 | Facsimile:    (202) 514-7021 |
| E-mail: john.bowers@usdoj.gov | E-mail: john.michelich@usdoj.gov |

**U.S. v. Todd S. Farha et al.**     **Case No. 8:11-CR-115-T-30MAP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel for the following defendants:

Todd S. Farha
Thaddeus M.S. Bereday
Paul L. Behrens
William L. Kale
Peter E. Clay

*s/ Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 802093
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6103
E-mail: jay.trezevant@usdoj.gov