UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

      v.                          Case No. 8:11-CR-115-T-30MAP

THADDEUS M.S. BEREDAY

## UNITED STATES' UNOPPOSED MOTION FOR TRIAL DATE CERTAIN

The United States of America (or the "government"), hereby files this request for the Court to set a trial date certain in the above case. In support of this motion, the government submits the following:

1.      On February 8, 2013, the Court granted an *in-camera* unopposed motion to sever defendant Bereday from Bereday's codefendants for trial purposes. Doc. 424.

2.      Trial against the remaining codefendants commenced on February 25, 2013, and concluded on June 10, 2013, with the jury returning some guilty verdicts against each of the codefendants.

3.      On January 28, 2014, the Court set Bereday's case for trial on the November 2014 trial calendar. Doc. 818.

4.      The government anticipates that the government's case-in-chief will require the coordination of dozens of potential government witnesses, involve

1

voluminous exhibits, and require a significant amount of court time to present. Moreover, the government recognizes that the task of coordinating trial witnesses will be made somewhat more complex by various holidays occurring in November, December, and January.

5.      As a result, the government requests that this Court set a date certain in November 2014 for the trial to begin. That will allow the government to provide more precise and definite information to its various witnesses who, in turn, will be better able to plan and coordinate with their employers and family members throughout the trial.

6.      The government has been advised by Jack Fernandez, counsel for Thaddeus M.S. Bereday, that there is no opposition by the defense to this motion.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney


*s/ Jay G. Trezevant*
JAY G. TREZEVANT
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa St., Suite 3200
Tampa, Florida   33602
Telephone:   (813) 274-6000
Facsimile:     (813) 274-6103
E-mail:   jay.trezevant@usdoj.gov

*s/ John A. Michelich*
JOHN A. MICHELICH
Senior Litigation Counsel
Illinois Bar No. 1903829
950 Constitution Ave., N.W.
Bond Building, Suite 4000
Washington, D.C.   20530
Telephone:   202-514-0931
Facsimile:   202-514-7021

**U.S. v. Thaddeus M.S. Bereday**             **Case No. 8:11-CR-115-T-30MAP**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2014, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsel for Thaddeus M.S. Bereday


<u>s/ *Jay G. Trezevant*_____</u>
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 802093
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:  (813) 274-6000
Facsimile:  (813) 274-6103
E-Mail:       jay.trezevant@usdoj.gov