**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| CASE NO. 8:11-cr-00115-T-30MAP | DATE: October 1, 2014 |
|---|---|
| TITLE: United States of America vs. Thaddeus M.S. Bereday ||
| TIME: 9:30 a.m. – 9:45 a.m. | TOTAL: 15 minutes |
| Courtroom Deputy: Ariana Romero | |
| Court Reporter: Clauda Spangler-Fry | |
| Counsel for Government: Jay G. Trezevant and John (LNU) ||
| Counsel for Defendant(s): Jack E. Fernandez, Jr and Morris Weinberg, Jr. ||

### *CLERK'S MINUTES: PROCEEDINGS OF STATUS CONFERENECE*

Government expects to try the case for approximately 8 weeks or so.
Defendant expects to try the case for 2 weeks, depending on the cross examination.

Defense counsel argues its Motion to Continue Trial pending appeal (Doc No. 935).

Government responds and advises the Court that they are prepared for trial in November.

The Court grants the Motion for Clarification of Trial Date Certain (Doc No. 934) and advises that trial will be set for the first week of January 2015. The Court will enter a written order.

Court adjourned.