UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>TODD S. FARHA, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 8:11-cr-115-T-30MAP<br>)<br>)<br>) |

## DALE R. BISH MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, Defendant Thaddeus Bereday, by and through the undersigned counsel, hereby moves the Court for the special admission of Dale R. Bish of the firm Wilson Sonsini Goodrich & Rosati, Professional Corporation, to appear *pro hac vice* in these proceedings on his behalf. Movant further states the following:

   1.   Mr. Bish is with the firm Wilson Sonsini Goodrich & Rosati, Professional Corporation, located at 650 Page Mill Road, Palo Alto, CA 94304-1050; Telephone: (650) 493-9300; Facsimile: (650) 565-5100.

   2.   Mr. Bish is an attorney licensed to practice law in California and the Northern District of California, the Southern District of California, the Central District of California, and the Ninth Circuit Court of Appeals. Mr. Bish has been a member in good standing of the California Bar since January 10, 2005, and of the Northern District of California since February 8, 2005. Mr. Bish has never been disbarred and is not currently suspended from the practice of law in the state of California. A certified copy of a Certificate of Good Standing from the Northern District of California is attached as Exhibit A.

3. Mr. Bish is complying simultaneously with the requirements of Rules 2.02(a) and 2.01(d) by forwarding the Special Admission Attorney Certification form and appropriate fee to the Clerk of the Court and by registering for electronic service.

4. Mr. Bish, as set forth in his respective Written Designation and Consent to Act, designates the undersigned counsel, Jack E. Fernandez, Jr. of Zuckerman Spaeder LLP, to act as local counsel. Mr. Fernandez is admitted to practice law before this Court, and he consents to the designation and to act as local counsel.

WHEREFORE, Defendant Bereday, by the undersigned counsel, respectfully requests the Court grant his motion for Dale R. Bish to be admitted *pro hac vice* to appear and participate in the above-captioned proceeding on his behalf, together with such other and further relief the Court deems proper.

Respectfully submitted,

Dated: October 28, 2014

/s/ Jack E. Fernandez, Jr.
Jack E. Fernandez, Jr.
Florida Bar No. 843751
ZUCKERMAN SPAEDER LLP
101 East Kennedy Boulevard, Ste. 1200
Tampa, FL, 33602-5838
Telephone: (813) 221-1010
Facsimile: (813) 223-7961
E-mail: jfernandez@zuckerman.com

Attorneys for Defendant
THADDEUS BEREDAY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 28th day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system.

/s/ Jack E. Fernandez

4654695.1

# Certificate of Good Standing

United States of District Court   )
                                  ) ss.
Northern District of California   )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Dale R. Bish, Bar No. 235390 was duly admitted to practice in said Court on February 8, 2005, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 13, 2012

Richard W. Wieking
Clerk



EXHIBIT A