UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TODD S. FARHA, et al. )<br>)<br>Defendants. )<br>) | Case No. 8:11-cr-0115-T-30MAP |

### KEITH E. EGGLETON MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, Defendant Thaddeus Bereday, by and through the undersigned counsel, hereby moves the Court for the special admission of Keith E. Eggleton of the firm Wilson Sonsini Goodrich & Rosati, Professional Corporation, to appear *pro hac vice* in these proceedings on his behalf. Movant further states the following:

1. Mr. Eggleton is with the firm Wilson Sonsini Goodrich & Rosati, Professional Corporation, located at 650 Page Mill Road, Palo Alto, CA 94304-1050; Telephone: (650) 493-9300; Facsimile: (650) 565-5100.

2. Mr. Eggleton is an attorney licensed to practice law in California and the Northern District of California, the Central District of California, the Southern District of California, the Eastern District of California, the Ninth Circuit Court of Appeals, the Third Circuit Court of Appeals, and the Eleventh Circuit Court of Appeals. Mr. Eggleton has been a member in good standing of the California Bar since October 1, 1992, and of the Northern District of California since October 20, 1992. Mr. Eggleton has never been disbarred and is not currently suspended from the practice of law in the state of

-2-

California. A certified copy of a Certificate of Good Standing from the Northern District of California is attached as Exhibit A.

3. Mr. Eggleton is complying simultaneously with the requirements of Rules 2.02(a) and 2.01(d) by forwarding the Special Admission Attorney Certification form and appropriate fee to the Clerk of the Court and by registering for electronic service.

4. Mr. Eggleton, as set forth in his respective Written Designation and Consent to Act, designates the undersigned counsel, Jack E. Fernandez, Jr. of Zuckerman Spaeder LLP, to act as local counsel. Mr. Fernandez is admitted to practice law before this Court, and he consents to the designation and to act as local counsel.

WHEREFORE, Defendant Bereday, by the undersigned counsel, respectfully requests the Court grant his motion for Keith E. Eggleton to be admitted *pro hac vice* to appear and participate in the above-captioned proceeding on his behalf, together with such other and further relief the Court deems proper.

Respectfully submitted,

Dated: October 28, 2014

/s/ Jack E. Fernandez, Jr.
Jack E. Fernandez, Jr.
Florida Bar No. 843751
ZUCKERMAN SPAEDER LLP
101 East Kennedy Boulevard, Ste. 1200
Tampa, FL, 33602-5838
Telephone: (813) 221-1010
Facsimile: (813) 223-7961
E-mail: jfernandez@zuckerman.com

Attorneys for Defendant
THADDEUS BEREDAY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 28th day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system.

/s/ Jack E. Fernandez

# Certificate of Good Standing

United States of District Court    )
                                   ) ss.
Northern District of California    )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Keith E. Eggleton, Bar No. 159842** was duly admitted to practice in said Court on **October 20, 1992**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 13, 2012

Richard W. Wieking
Clerk



EXHIBIT A