UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

       v.                                    CASE NO. 8:11-cr-115-T-30MAP

TODD S. FARHA, *et al.*,
_____/

**<u>ORDER</u>**

This cause comes before the Court on the motions for Dale R. Bish and Keith E. Eggleton to appear *pro hac vice* (docs. 942, 943). Jack E. Fernandez, Jr. moves the Court to allow Dale R. Bish and Keith E. Eggleton to appear *pro hac vice* as counsel for Defendant, Thaddeus Bereday, with Mr. Fernandez designated as local counsel pursuant to Local Rule 2.02(a). In accordance with Local Rule 2.02(a), Dale R. Bish and Keith E. Eggleton are directed to pay the requisite fee, if they have not done so already, and participate in electronic filing by registering for CM/ECF and obtaining passwords within twenty-one (21) days of this Order.[1] They are further directed to electronically file a notice of compliance with CM/ECF registration within twenty-one (21) days of this Order. Upon consideration, it is hereby

ORDERED:

1.  The motions for Dale R. Bish and Keith E. Eggleton to appear *pro hac vice*

_____

[1] Counsel may obtain a password by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. Once counsel has registered for CM/ECF, he/she must also register an email address.

(docs. 942, 943) are GRANTED.

DONE AND ORDERED in Tampa, Florida on October 28, 2014.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE