# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 22, 2015

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 14-12373-BB
Case Style: USA v. Peter Clay
District Court Docket No: 8:11-cr-00115-JSM-MAP-5

The enclosed copy of the Clerk's Entry of Dismissal pursuant to CROSS-Appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Dismissal applies to the **cross appeal ONLY**.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-12373-BB

_____

UNITED STATES OF AMERICA,

          Plaintiff Appellee - Cross Appellant,

versus

PETER E. CLAY,

          Defendant - Appellant,

TODD S. FAHRA,
PAUL L. BEHRENS,
WILLIAM L. KALE,

          Defendants Appellants - Cross Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellee-Cross Appellant USA's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced CROSS appeal was duly entered dismissed on this date, effective January 22, 2015.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Carol R. Lewis, BB, Deputy Clerk

FOR THE COURT - BY DIRECTION