**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

| | |
|---|---|
| Sheryl L. Loesch | Mark Middlebrook |
| Clerk | Tampa Division Manager |

**DATE:** March 12, 2015

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

v.                                             CASE NO: ***CR-Case Number CO***

**CERTIFICATE OF READINESS OF RECORD ON APPEAL**
**AND RECORD ON APPEAL**

**U.S.C.A. Case No.:**     14-12373-BB

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal electronically except for the following.  Requested PSI but have not received yet.

- Complete Record on Appeal:

    1    Volumes of Pleadings (Sealed)

SHERYL L. LOESCH, CLERK

By:    s/B. Napier, Deputy Clerk