IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————

No. 14-12373-W

———————————

UNITED STATES OF AMERICA,

                                         Plaintiff-Appellee,

versus

PETER E. CLAY,
TODD S. FAHRA,
PAUL L. BEHRENS,
WILLIAM L. KALE,

                                         Defendants- Appellants.

———————————

Appeal from the United States District Court
for the Middle District of Florida

———————————

ORDER:

Appellants' Motion for additional time for oral argument is GRANTED.

Appellants shall have forty-five minutes (45) minutes for oral argument and the

Appellee shall have forty-five minutes (45) minutes for oral argument.

                                                          DOUGLAS J. MINCHER
                                                Clerk of the United States Court of
                                                  Appeals for the Eleventh Circuit

                                         ENTERED FOR THE COURT – BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 31, 2015

Jeffrey A. Lamken
MoloLamken, LLP
600 NEW HAMPSHIRE AVE NW STE 660
WASHINGTON, DC 20037

Appeal Number: 14-12373-W
Case Style: USA v. Peter Clay
District Court Docket No: 8:11-cr-00115-JSM-MAP-5

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Valerie L. Geddis
Phone #: (404) 335-6143

MOT-2 Notice of Court Action