**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 8:11-CR-115-T-30MAP

TODD S. FARHA, ET AL,

    Defendant.

_____/

**NOTICE OF CHANGE OF FIRM ADDRESS**

Gregory W. Kehoe, attorney for Movant WellCare Health Plans, Inc., notifies the Court and counsel of record of his change of firm address in the above-captioned case. Effective immediately, please direct all future correspondence, pleadings, notices, orders, etc. to the undersigned at the following address:

    Gregory W. Kehoe, Esq.
    Greenberg Traurig, P.A.
    101 E. Kennedy Boulevard, Suite 1900
    Tampa, FL 33602
    (813) 318-5700 (Telephone)
    (813) 318-5900 (Facsimile)

Dated: September 25, 2015                    Respectfully Submitted,

                                                        /s/ *Gregory W. Kehoe*
                                                        Gregory W. Kehoe, Esq.
                                                        FBN: 0486140
                                                        GREENBERG TRAURIG, P.A.
                                                        101 E. Kennedy Blvd., Suite 1900
                                                        Tampa, FL 33602
                                                        (813) 318-5700
                                                        (813)318-5900
                                                        kehoeg@gtlaw.com

- and -

Geoffrey R. Garinther, Esq.
grgarinther@venable.com
*Admitted Pro Hac Vice*
Daniel P. Moylan, Esq.
dpmoylan@venable.com
*Admitted Pro Hac Vice*
Venable LLP
210 West Pennsylvania St., Suite 500
Towson, MD 21204
(410) 494-6200
(410) 821-0147 (facsimile)

*Counsel for Movant WellCare Health Plans, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a notice of electronic filing to all parties participating in CM/ECF Electronic Noticing.

/s/ *Gregory W. Kehoe*
Gregory W. Kehoe

*WDC 373124917v1*